THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Rudy Cassady, Appellant,
 
 
 

v.

 
 
 
 South Carolina
 Department of Probation, Parole and Pardon Services, Respondent.
 
 
 

Appeal from the Administrative Law Court
 John D. McLeod, Administrative Law Court
Judge

Unpublished Opinion No. 2011-UP-534
 Submitted November 1, 2011  Filed December
2, 2011    

AFFIRMED

 
 
 
 Rudy Cassady, pro se.
 Tommy Evans, Jr., of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Rudy Cassady appeals the Administrative
 Law Court's affirmance of the determination of the Department of Probation, Parole
 and Pardon Services (the Department) that he is permanently ineligible for
 parole.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authorities: State v.
 McKay, 300 S.C. 113, 115, 386 S.E.2d
 623, 623-24 (1989) ("[T]he authority to determine, for purposes of parole
 eligibility under § 24-21-640, whether multiple violent crimes have been
 committed pursuant to one continuous course of conduct is statutorily vested in
 the [Department]."); Bryant v. State, 384 S.C. 525, 533, 683 S.E.2d
 280, 284 (2009) (holding three separate crimes committed on different days and
 involving different victims "were not inextricably connected and did not
 share an immediate temporal proximity [and t]hus . . . may not, as a matter of
 law, be considered 'one offense'").  
AFFIRMED.
SHORT, WILLIAMS, and
 GEATHERS, JJ., concur. 

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.